IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN VALENZUELA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al. | : | NO. 18-1246 |

## ORDER

AND NOW, this 30th day of August, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the recommendation of Magistrate Judge Carol Sandra Moore Wells is APPROVED;

(2) the motion of petitioner John Valenzuela for habeas corpus relief under 28 U.S.C. § 2254 is DENIED; and

(3) no certificate of appealability issues.

BY THE COURT:


/s/ Harvey Bartle III
                              J.